# SCHEDULE A

| Defendant # | Seller Name | Seller Store ID | Seller Product ID |
| --- | --- | --- | --- |
| #1 | JIWANPIN | A3KBCJQZMXWKEV | B0CYWWVQ3M |
| #2 | zaofubiji | A3BUE4GOA4M1HC | B0CZ17QZ4Z |
| #3 | BB Silhouette | A3OKCCRJNFXB7Q | B0CLBVNSWR |
| #4 | ZFBJ | A2OAQG4YEFUUXK | B0CZ16CKVR |
| #5 | Inkjets Superstore | A3CZ1COAYE5INZ | B0D2S1H58S |
| #6 | zhijiangshishejiaoxueshangmaoyouxiangongsi | A3EB62GMTAYHB1 | B0D5B5NSQR |
| #7 | HanWenMan0501 | A371BG1IGEMKV3 | B0D1KWBVZM |
| #8 | Inkjets Superstore | A3CZ1COAYE5INZ | B0D2S1H58S |
| #9 | SWZEC | / | B0DF5H2TYW |
| #10 | kehuadexiaodian | A111UK1UEELCK5 | B0D6WHXVQ5 |
| #11 | chuxiongshiruimazhushangm | A468RYKV2ANJ9 | B0D872DY3L |
| #12 | wujiachen123 | A2B22F22CF22QX | B0C8FMLKR2 |
| #13 | WAKHARE VENTURES | A1I6ZC69BNHCL | B0DMK1NLBF |
| #14 | COMFORCE | A2GZJOXPN3THNT | B0DF22MRGL |
| #15 | AVIZCVE | AQXDI0XQIZPNR | B0CSTFRWSL |
| #16 | Clearance Sales Shop-US - PoeinAe | A3M60JDLACE1WO | B0CXPRLTCK |
| #17 | Newcleaning | A2U2SMVS5Y8MN9 | B0CWF38YJJ |
| #18 | WEEOATAR | A2XZAJXB84K4N8 | B0CRCYYYS8 |
| #19 | Posture Corrector -US | AJ2IIDJNWPYT4 | B0CSN3PQ1B |
| #20 | Corecorex-US | AIOBSW8IN9KVG | B0D1JZY5Q7 |
| #21 | Enthra | A271356WS2GR8R | B0CX8SQ8PH |
| #22 | Pro Brace | / | B0CX8SQ8PH |
| #23 | gold digging | A5FMM3YQSLJHF | B0CX8SQ8PH |
| #24 | Tideway-US | ATFNE1TTS2WIO | B0D31QHFD8 |
| #25 | Pridola LLC | A3ADXH953MSTKR | B0D3F6RJ8L |
| #26 | MANLINGLE | AZXAXZ3BMXM69 | B0D78XJZ69 |

| #27 | Clearance Sales Shop-US - PoeinAe | A1Q5LVQ9GHU8US | B0CXPRLTCK |
| #28 | MPOWRX | / | B0CWF3R2WF |
| #29 | BRACE US | A8ELJ73GT1V4R | B0CX8SQ8PH |
| #30 | Woot | A1KWJVS57NX03I | B0CX8SQ8PH |
| #31 | SJZMN-US | A3AJMGHQWAZBCW | B0DQ127NSQ |
| #32 | Generic | / | B0DY7YQXS9 |
| #33 | SJZMN-US | A3AJMGHQWAZBCW | B0DPZZ1RM2 |
| #34 | The Ultimate sell | A1KFW0G1L5CLSN | B0DBZG6NBP |
| #35 | Zeshang Home Deco | / | B0DSC9GQYY |
| #36 | Duskwhisper | A1S2L9FPAA3BSE | B0DZ6XQ3LZ |
| #37 | Eicgo | A2LPMME3W0VKPM | B0DY7XYJ7Q |
| #38 | Tideway-US | / | B0D31R29ZT |
| #39 | GZJWP | / | B0DN9ZD5BT |
| #40 | tongshaogudandan | / | B0F13K57GT |
| #41 | Trusted Retail Inc | A3JW6YYF782SXQ | B0DK1B577N |
| #42 | Dottsiu | / | B0CXPNQ1M8 |
| #43 | lyonki | / | B0F18MXYLX |

| Defendant # | Seller Name | Seller Store ID | Seller Product ID |
| --- | --- | --- | --- |
| #44 | Hangzhou Cyrus Technology Co., Ltd. | / | 1601161851511 |
| #45 | Huizhou Youmei Technology Co., Ltd. | / | 1601212246038 |
| #46 | YangZhou Longvita Sports Medical Technology Co., Ltd. | / | 1601191971201 |
| #47 | Shijiazhuang Cearth Imp & Exp Co., Ltd. | / | 1601224380039 |
| #48 | Xunnuo (yiwu) Supply Chain Co., Ltd. | / | 1601218598527 |
| #49 | Shenzhen Bothwinner Plastic Electronic Factory | / | 1601227375951 |
| #50 | Xiamen Dorrella Health Technology Co., Ltd. | / | 1601192999554 |
| #51 | Huizhou Youmay Medical Equipment Co., Ltd. | / | 1601216235194 |
| #52 | Shanghai Industrial Trading Co., Ltd. | / | 1601237774623 |

| #53 | Dongguan Meclon Sports Co., Ltd | / | 1601228366269 |
|---|---|---|---|
| #54 | Yiwushi Tuguan Outdoor Products Co., Ltd. | / | 1601235372222 |
| #55 | Yancheng Leerpoo Import And Export Co., Ltd. | / | 1601159798575 |
| #56 | Shijiazhuang Changsui Import And Export Trading Co., Ltd. | / | 1601117584627 |
| #57 | Shenzhen Yocaxn Technology Co., Ltd. | / | 1601140587962 |
| #58 | Wenzhou Wanfang E-Commerce Co., Ltd. | / | 1601161076683 |
| #59 | Shenzhen Yagelong Technology Co., Ltd. | / | 1600991393805 |
| #60 | Hangzhou Nordia Trading Co., Ltd. | / | 11000016198029 |
| #61 | Shanghai Vking Laser Beauty Co., Ltd. | / | 11000015436735 |
| #62 | Shenzhen Wochuan Electronic Co., Ltd. | / | 1601235872010 |
| #63 | Henan Osen Trading Co., Ltd. | / | 1601057501731 |
| #64 | Shijiazhuang Winer Imp. & Exp. Co., Ltd. | / | 1601168401555 |
| #65 | Wenzhou Maijing Health Technology Co., Ltd. | / | 1601160864874 |
| #66 | Nanjing Gorilla International Trade Co., Ltd. | / | 1601220583423 |
| #67 | Hebei Ouruiman Import And Export Co., Ltd. | / | 1601126570894 |
| #68 | Dongguan Paides Technology Co., Ltd. | / | 1601208803414 |
| #69 | Ningbo Beiduoen Health Tech. Co., Ltd. | / | 1601205050096 |
| #70 | Zhejiang Fele Sports Co., Ltd. | / | 1601210318175 |
| #71 | Hebei Kang Sheng Yuan Sports Goods Co., Ltd. | / | 10000019527750 |
| #72 | Tianjin Didao Biotechnology Co., Ltd. | / | 1601018826651 |
| #73 | Shijiazhuang Runzhifeng Biotechnology Co., Ltd. | / | 1601228612382 |
| #74 | Anping Shiheng Medical Instruments Co., Ltd. | / | 1601222656856 |
| #75 | Hebei Dunyao Sports Sales Co., Ltd. | / | 1601240984205 |
| #76 | Nanjing Woma Import And Export | / | 1601172479050 |

|  | Co., Ltd |  |  |
|---|---|---|---|
| #77 | Yiwu Partner Elephant Technology Co., Ltd. | / | 1601223494013 |
| #78 | Yangzhou Haios Sports Goods Co., Ltd. | / | 1601132870405 |
| #79 | Yangzhou Maiweisi Sports Goods Co., Ltd. | / | 1601221831713 |
| #80 | Hefei Xionghaizi Network Technology Co., Ltd. | / | 1601159715719 |
| #81 | Shishi Shanqishen Clothing Co., Ltd. | / | 1601049809162 |
| #82 | Jinhua Youfei Sports Culture Development Co., Ltd. | / | 1601238323758 |
| #83 | Ruian Liancai Clothing Firm | / | 1601105922377 |
| #84 | Nantong Sporting International Trade Co., Ltd | / | 1601127915449 |
| #85 | korsefabrikatrendmoodstore | / | 11000014345036 |
| #86 | minufco | / | 11000014584303 |
| #87 | Yiwu Shuangdi Sporting Goods Co., Ltd. | / | 11000015679318 |
| #88 | Dongguan Mingge Silicone Technology Co., Ltd. | / | 1601154030020 |
| #89 | Suzhou Ample Trading Co., Ltd. | / | 1601237074028 |
| #90 | Quzhou HK Technology Co., Ltd | / | 1601087516834 |
| #91 | Hangzhou Sobuy Technology Co., Ltd. | / | 1601197514842 |
| #92 | Yiwu City Hegui E-Commerce Firm | / | 1601225977840 |
| #93 | Shenzhen Sainfer Imp & Exp Co., Ltd. | / | 1601194589138 |
| #94 | Dongguan Welkong Sports Industrial Co., Ltd. | / | 1601209331197 |
| #95 | Shenzhen Yaxinlong Technology Co., Ltd. | / | 1601153565233 |
| #96 | Shijiazhuang Youqihui Import And Export Trading Co., Ltd. | / | 1600975247113 |
| #97 | Shijiazhuang Aofeite Imp & Exp Co., Ltd. | / | 1601106737617 |
| #98 | Yangzhou Saikeda Sports Products Co., Ltd. | / | 1601054584654 |
| #99 | Dongguan Smart Sport Technology Co.,ltd. | / | 1601094625578 |
| #100 | Shenzhen Ke'an International Trade | / | 1601106057489 |

|   |   |   |   |
|---|---|---|---|
|   | Co., Ltd. |   |   |
| #101 | Shijiazhuang Mismi Imp. & Exp. Co., Ltd. | / | 1601164602939 |
| #102 | Hebei Timming Trade Co., Ltd. | / | 1601070693632 |
| #103 | Yiwu Feide Sports Goods Co.,ltd. | / | 1601147110065 |
| #104 | Shijiazhuang Hepulu Import And Export Trading Co., Ltd. | / | 1600288181371 |
| #105 | Hebei Qiaoxu Technology Co., Ltd. | / | 1601008490677 |
| #106 | Shijiazhuang Youen Technology Co., Ltd. | / | 1600210912696 |
| #107 | Hebei Hengkangda Medical Equipment Co., Ltd. | / | 1600971029294 |
| #108 | Yangzhou Meiyinbao Sports Goods Co.,Ltd. | / | 1600288181371 |

|   |   |   |   |
|---|---|---|---|
| #109 | Wenzhou Bosun E-Commerce Limited. | / | 1601275787256 |
| #110 | Qingdao Pretty International Trade Co., Ltd. | / | 1601299972452 |
| #111 | Shenzhen S-Lord Electronic Co., Ltd. | / | 1601242094665 |
| #112 | Dongguan Baifangyi Technology Co., Ltd. | / | 1601364373313 |
| #113 | Nantong Trogo Co., Ltd. | / | 1601286877280 |
| #114 | Xi'an Canal Fashion Bio-Tech Co., Ltd. | / | 1601393539768 |
| #115 | Hebei Osky Medical Instrument Limited Company | / | 1601282258267 |
| #116 | Zhejiang Maoyi Electronic Technology Co., Ltd. | / | 1601304068844 |
| #117 | Xingtai Hofeny Import And Export Trading Co., Ltd. | / | 1601278773936 |
| #118 | Guangzhou Balry International Trade Co., Ltd. | / | 1601354300371 |
| #119 | Suzhou Linwen International Trade Co., Ltd. | / | 1601281046905 |
| #120 | Suzhou Yinhoo Industrial Tools Co., Ltd. | / | 1601344631548 |
| #121 | Dongguan Youbite Sporting Goods Co., Ltd. | / | 1601276555636 |
| #122 | Hebei Topon Technology Co., Ltd. | / | 1601300699396 |
| #123 | Hebei Tuanyue Imp & Exp Co., Ltd. | / | 1601246230962 |

| #124 | Hangzhou Shanxingyuan International Trade Co., Ltd. | / | 1601296873277 |
|---|---|---|---|
| #125 | Dongguan I Do Neoprene Products Factory | / | 1601313985201 |
| #126 | Shijiazhuang Xing An Import And Export Co., Ltd. | / | 1601279611457 |
| #127 | Shijiazhuang Kezhi Import & Export Trading Co., Ltd. | / | 1601198605538 |

| | | | |
|---|---|---|---|
| #128 | XJ Outdoor Store Store | 1103712645 | 3256806871181672 |
| #129 | Value Ville Store | 1103623017 | 3256806962230911 |
| #130 | AOFIT Store | 1103045503 | 3256806663538034 |
| #131 | Beauty-Health Dropshipping Store | 1101543005 | 3256806635635516 |
| #132 | MI MI Sports Outdoor Cycling Store Store | 1103593103 | 1005006828677518 |
| #133 | Shop1103276561 Store | 1103276561 | 3256806773180572 |
| #134 | Shop1103043698 Store | 1103043698 | 3256806804006354 |
| #135 | Karuner02 Store | 1103154229 | 3256806805020392 |
| #136 | VECENT Healthy Store | 1101425224 | 3256807183246993 |
| #137 | LPPF Store | 1102515338 | 3256806921824296 |
| #138 | COYOCO Sporting Store | 1103326335 | 1005006869808377 |
| #139 | Professional outdoor life Store | 1101681708 | 1005006738831100 |
| #140 | LH Better Choice Store | 1103326161 | 3256806819214153 |
| #141 | Shop1102958488 Store | 1102961427 | 3256807123653689 |
| #142 | Shop1102823952 Store | 1102824962 | 3256806904378646 |
| #143 | MI MI Sports Outdoor Cycling Store S | 1103600102 | 3256806642362766 |
| #144 | Yaner Outdoor Shop Store | 1103579692 | 3256806468334837 |
| #145 | tom's hug Official Store | 4424005 | 3256806653166335 |
| #146 | Shop1103718429 Store | 1103718429 | 3256806860267606 |
| #147 | Shop1103272683 Store | 1103272683 | 3256806819288383 |
| #148 | Goutdoor Cycling Store | 1102065261 | 3256806940053907 |
| #149 | Kamacoca Store | 912561542 | 3256806672506228 |
| #150 | RUISEE BELOVE 520 Store | 1103037511 | 3256806910815481 |
| #151 | Oslamp TM store | 1080009 | 3256806669264109 |
| #152 | CS-pop Store | 912421777 | 3256806915533122 |
| #153 | NiceHike Store Store | 1100621537 | 3256806673509990 |
| #154 | Shop1103604578 Store | 1103623012 | 3256806717903587 |
| #155 | Shop1103676791 Store | 1103676791 | 3256806731211902 |
| #156 | Make Friends Stroe 1858 Store | 1103281249 | 3256806667957747 |
| #157 | Car Accessories AllWorld Store | 912392333 | 3256806633772579 |
| #158 | Health Station Store | 1103605136 | 3256806595310725 |

| #159 | Shop1103669254 Store | 1103669254 | 3256806640761129 |
|---|---|---|---|
| #160 | Shop1102175178 Store | 1102175178 | 3256806895138027 |
| #161 | Shop002 Car Parts Store | 1103202318 | 3256806633652866 |
| #162 | Shop1103541086 Store | 1103541086 | 3256806714687027 |
| #163 | RUISEE BELOVE Store Store | 1102669667 | 3256806675192621 |
| #164 | Shop5370096 Store | / | / |
| #165 | YOGO Sports Store | 1103728504 | 1005007097899278 |
| #166 | StepInStyle Collections Store | 1102374181 | 1005006762281195 |
| #167 | Artemis Shrine Store | 1101687158 | 1005006871229771 |
| #168 | Funny Healthy Care Store | 1101545904 | 1005006837227413 |
| #169 | Cheery Sports Store | 1102713187 | 1005006982375343 |
| #170 | Shop5006249 Store | 1102824962 | 1005007059368930 |
| #171 | SPARSHINE STYLE Store | 1100700909 | 1005007051348650 |

| #172 | MODA KING PERU | / | 349411105 |
|---|---|---|---|

| #173 | Mack's Marketplace | / | 225997530168 |
|---|---|---|---|
| #174 | lanjinling | / | 126654696924 |
| #175 | us2015.ril | / | 256541363788 |
| #176 | Fireway | / | 186501036345 |
| #177 | youbeixin05 | / | 387056247781 |
| #178 | Lily Lue Antiques | / | 194319702297 |
| #179 | adriennelr | / | 296538640328 |
| #180 | Down South Sourcing | / | 294400419394 |
| #181 | Vonluxshop | / | 176335792965 |
| #182 | troyspace | / | 135074495397 |
| #183 | Blue Grass Bargain Hunters | / | 285821911411 |
| #184 | jul y2006 | / | 315416569518 |
| #185 | Mistywaters-27 | / | 115034518940 |
| #186 | adriennelr | / | 296534582259 |
| #187 | jaxwhol-88 | / | 384618755265 |
| #188 | Nexify.Sale | / | 395231917863 |
| #189 | SOUTHWAY GROUP | / | 266897680338 |

| #190 | Caretras | / | / |
|---|---|---|---|
| #191 | Poshmark | / | / |
| #192 | Wowelo | / | / |
| #193 | Geteasyhouse | / | / |
| #194 | morokenn | / | / |
| #195 | POSTUREX | / | / |
| #196 | DIVENCI | / | / |

| | | | |
|---|---|---|---|
| #197 | SOLOSOOTHE | / | / |
| #198 | Goodmorning | / | / |
| #199 | Myshopify | / | / |
| #200 | Duo Gems | / | / |
| #201 | Hoomneed | / | / |
| #202 | Cdiscount | / | / |
| #203 | nevore | / | / |
| #204 | zipzonestore | / | / |
| #205 | maisashi | / | / |
| #206 | naugana | / | / |
| #207 | cosyluna | / | / |
| #208 | estoreut | / | / |
| #209 | lifesson | / | / |
| #210 | yogensity | / | / |
| #211 | Acwoo | / | / |
| #212 | Lidexintrading | / | / |
| #213 | Home Club | / | / |

| | | | |
|---|---|---|---|
| #214 | QING HE HUA FENG | 1122021991 | si2409280918166193 |